# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| MALIK SHABAZZ | CIVIL ACTION NO. 18-0124 |
| | SECTION P |
| VERSUS | |
| | JUDGE TERRY A. DOUGHTY |
| KEVIN WYLES, ET AL. | MAG. JUDGE KAREN L. HAYES |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

IT IS ORDERED, ADJUDGED, AND DECREED that Plaintiff's motion for class certification and motion for temporary restraining order are **DENIED**.

MONROE, LOUISIANA, this 24th day of April, 2018.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE