# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# MONROE DIVISION

| MALIK SHABAZZ | * | CIVIL ACTION NO. 18-0124 Section P |
|---|---|---|
| VERSUS | * | JUDGE TERRY A. DOUGHTY |
| KEVIN WYLES, ET AL. | * | MAG. JUDGE KAREN L. HAYES |

# J U D G M E N T

The Report and Recommendation of the Magistrate Judge [Doc. No. 28] having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED AND DECREED** that the motion to dismiss for failure to state a claim upon which relief can be granted [Doc. No. 22] filed by defendants, Warden Kevin Wyles, Butch Hatten, Michael Crain, Teresa Corley, Regina Beckley (incorrectly named as "Regina Beckly"), and Sgt. Carroll (incorrectly named as "Sgt. Caroll"), is **GRANTED**, and that plaintiff's claims against said defendants, plus Stacy Kaderka, Gabel Morton, and Clayton Spires are hereby **DISMISSED**, without prejudice, on the merits, but **DISMISSED** with prejudice for purposes of proceeding in forma pauperis pursuant to 28 U.S.C. § 1915. Fed.R.Civ.P. 12(b)(6).

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that plaintiff's motion for preliminary injunction [Doc. No. 1] is **DENIED.**

MONROE, LOUISIANA, this 1st day of August, 2018.

TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE